IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES NEWMAN,

        Plaintiff,        CV F 07 1660 GSA SMS P

  vs.                              ORDER

M. GONZALES, et al.,

        Defendants.

Plaintiff filed the original complaint in this action on November 21, 2007. On December 3, 2007, Plaintiff filed a first amended complaint. On December 7, 2007, Plaintiff lodged with the court a document titled as a first amended complaint. Plaintiff indicates that this amended complaint corrects typos that exist in the December 3rd amended complaint.

Plaintiff is advised that he can not supplement a pleading by the filing of another pleading. Each pleading must be complete in and of itself, without reference to any other pleading. The Court will therefore construe the December 7, 2007, amended complaint as the second amended complaint. Accordingly, IT IS HEREBY ORDERED that this action proceeds on the December 7, 2007, second amended complaint.

IT IS SO ORDERED.

**Dated: December 7, 2007**                                       /s/ Gary S. Austin
                                                                  UNITED STATES MAGISTRATE JUDGE