IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES NEWMAN, | 1:07-cv-01660-OWW-GSA (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO EXTEND TIME TO FILE OBJECTION |
| vs. | (DOCUMENT #19) |
| M. GONZALES, et al, | THIRTY DAY DEADLINE |
| Defendants. | |

On March 13, 2008, plaintiff filed a motion to extend time to file an objection to the court's recommendation that he be precluded from proceeding in forma pauperis. 28 U.S.C. § 1915(g). On April 1, 2008, the court received the $350.00 filing fee. Because the grant of in forma pauperis status affects more than just relief from prepayment of the filing fee, the recommendation will still be submitted to the district court. For this reason, plaintiff may still wish to object despite having tendered the filing fee. Accordingly, plaintiff's motion is GRANTED and any objection shall be filed within **thirty (30) days** from the date of service of this order.

IT IS SO ORDERED.

Dated:   April 3, 2008            /s/ Gary S. Austin
                                  UNITED STATES MAGISTRATE JUDGE