# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES NEWMAN,<br><br>                Plaintiff,<br><br>          v.<br><br>M. GONZALES, et al.,<br><br>                Defendants.<br>_____ / | CASE NO. 1:07-cv-01660-OWW-GSA PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND FINDING PLAINTIFF INELIGIBLE TO PROCEED IN FORMA PAUPERIS<br><br>(Doc. 18)<br><br>ORDER VACATING ORDER GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS<br><br>(Doc. 12) |

Plaintiff Charles Newman ("Plaintiff") is a former state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On March 3, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on Plaintiff and which contained notice to Plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days. On April 3, 2008, the Court granted Plaintiff a thirty-day extension of time. More than thirty days have passed and Plaintiff has not filed an Objection.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

1   Accordingly, IT IS HEREBY ORDERED that:

2   1.  The Findings and Recommendations, filed March 3, 2008, is adopted in full;

3   2,  Pursuant to 28 U.S.C. § 1915(g), Plaintiff is ineligible to proceed in forma pauperis

4   in this action;

5   3.  The order granting Plaintiff leave to proceed in forma pauperis is VACATED;[1] and

6   4.  This matter is referred back to the Magistrate Judge.

IT IS SO ORDERED.

**Dated:   May 19, 2008**          /s/ Oliver W. Wanger
                                   UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff paid the $350.00 filing fee in full on April 1, 2008.

2