# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

CHARLES NEWMAN,

               Plaintiff,

     v.

M. GONZALESA, et al.,

               Defendants.

_____/

CASE NO. 1:07-cv-01660-OWW-GSA PC

ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO FILE THIRD AMENDED COMPLAINT THAT COMPLIES WITH RULE 8(A)

(Doc. 24)

     Plaintiff Charles Newman ("Plaintiff") is a former state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on November 19, 2007. On January 28, 2009, the Magistrate Judge dismissed Plaintiff's second amended complaint for failure to comply with Federal Rule of Civil Procedure 8(a), and ordered Plaintiff to file a third amended complaint within thirty days. 28 U.S.C. § 1915A. To date, Plaintiff has not complied with or otherwise responded to the Court's order. As a result, there is no pleading on file.

     Accordingly, pursuant to 28 U.S.C. § 1915A, this action is HEREBY DISMISSED, without prejudice, based on Plaintiff's failure to file a third amended complaint that complies with Rule 8(a).

IT IS SO ORDERED.

**Dated:   March 19, 2009**          **/s/ Oliver W. Wanger**
                                     UNITED STATES DISTRICT JUDGE